# UNITED STATES DISTRICT COURT
for the

District of New Jersey

| | |
|---|---|
| United States of America<br>v.<br>Kevin Hughes<br>Date of Previous Judgment: 8/14/2008<br>*(Use Date of Last Amended Judgment if Applicable)* | )<br>)<br>) Case No: 08-256-01 (DMC)<br>) USM No: 28978-050<br>) Louise Arkel<br>) Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of **X** the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED.  **X** GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  100  months **is reduced to**  84 months  .

**I. COURT DETERMINATION OF GUIDELINE RANGE** *(Prior to Any Departures)*

| | | | |
|---|---|---|---|
| Previous Offense Level: | 27 | Amended Offense Level: | 25 |
| Criminal History Category: | IV | Criminal History Category: | IV |
| Previous Guideline Range: | 100 to 125 months | Amended Guideline Range: | 84 to 105 months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

**X** The reduced sentence is within the amended guideline range.

☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

☐ Other *(explain)*:

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated  8/14/2008  shall remain in effect.

**IT IS SO ORDERED.**

Order Date:  Oct. 31, 2011

Judge's signature

Effective Date: _____
*(if different from order date)*

Dennis M. Cavanaugh, U.S.D.J.
Printed name and title